Jordan T. Smith, Esq., Bar No. 12097
jts@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROY PHILLIP CHRISTENSEN, individually, and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VEGAS LIFE, LLC, a Nevada Limited Liability Company, dba Relax, Just Vaping and COLEEN SNELL, an individual,<br><br>Defendants. | Case No.: 2:15-cv-00844-JCM-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Defendant Vegas Life, LLC and Coleen Snell and Plaintiff Roy Phillip Christensen, by and through their respective counsel of record, hereby stipulate and agree, pursuant to Local Rules 6-1, 6-2, and 7-1, and subject to this Court's approval, to an extension of time for Defendants to answer Plaintiff's Complaint. (Doc. #1.) The parties agree that Defendant shall have up to, and including, June 15, 2015 to answer the Complaint.

This is the parties' first request for an extension of this deadline.

Dated this 1st day of June, 2015.

PISANELLI BICE PLLC

By: /s/ Jordan T. Smith
    Jordan T. Smith, Esq., #12097
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101

*Attorneys for Defendants*

Dated this 1st day of June, 2015.

MORRIS SULLIVAN LEMKUL & PITEGOFF LLP

By: /s/ Jeffrey I. Pitegoff
    Jeffrey I. Pitegoff, Esq. # 5458
    3770 Howard Hughes Parkway,
    Suite 170
    Las Vegas, NV 89169

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_/s/ George Foley, Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge
DATED: June 2, 2015